

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00485-CV

Rob **JENNINGS** III and El Veleño, Ltd.,
Appellants

v.

Susan **JENNINGS**, Tres Mujeres, Ltd., and Pamela J. Person,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,479
Honorable José A. López, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Court costs for this appeal are taxed against the party that incurred them.

SIGNED February 3, 2021.

_____
Patricia O. Alvarez, Justice